IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ERIN M.,

    Plaintiff,                                                  Case No.: 3:24-cv-92

vs.

COMMISSIONER OF THE SOCIAL         District Judge Michael J. Newman
SECURITY ADMINISTRATION,            Magistrate Judge Karen L. Litkovitz

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 13); AND (2) AWARDING EAJA ATTORNEY'S FEES IN THE TOTAL AMOUNT OF $2,300.00**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation for an award of attorney's fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Doc. No. 13. The parties have stipulated to a total award of $2,300.00 in attorney fees in full satisfaction and settlement of any and all EAJA claims for fees, costs, and expenses Plaintiff may have in the instant case. *Id*. For good cause shown and in light of the parties' joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $2,300.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

    August 16, 2024                                         s/*Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge